IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JARRETT R. JENKINS,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**PORTFOLIO RECOVERY ASSOCIATES LLC,**<br><br>　　　　　Defendant. | **CASE No.: 2:15-cv-1361**<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE THAT**, on this date, Defendant Portfolio Recovery Associates LLC ("PRA"), pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, hereby removes the above captioned matter to this Court from the District Court of the County of Nassau, First District, New York. In support thereof, PRA avers as follows:

　　1.　On or about February 11, 2015, Plaintiff filed a Complaint in the District Court of the County of Nassau, First District, New York, at case number CV-1689-15. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "A").

　　2.　PRA was served with Plaintiff's Complaint on February 25, 2015.

　　3.　Plaintiff's Complaint alleges that PRA violated the Telephone Consumer Protection Act, 47 U.S.C. § 8227. *See* Plaintiff's Complaint.

1

4.     Based on the foregoing, PRA has timely filed this Notice of Removal within thirty days of being served with the original Complaint and within thirty days of the date that the Action was first removable.  *See* 28 U.S.C. § 1446(b).

5.     This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by PRA pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia*, that PRA violated the Telephone Consumer Protection Act, 47 U.S.C. § 8227, thereby asserting a claims that arises under federal law.

6.     In that the causes of action alleged by Plaintiff arise from the performance of obligations of the parties within Nassau County, New York, the United States District Court for the Eastern District of New York, should be assigned the Action.

7.     PRA, upon filing this Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of New York, has also caused to be filed copies of this Notice with the District Court of the County of Nassau, First District, New York to effect removal of this action pursuant to §1446(d).

**WHEREFORE**, Defendants Portfolio Recovery Associates LLC hereby notify this Honorable Court that this action is removed from the District Court of the County of Nassau, First District, New York to the United States District Court for the Eastern District of New York, pursuant to the provisions of 28 U.S.C. §§ 1331, and 1446.

                Respectfully submitted,

                **MARSHALL, DENNEHEY, WARNER,**
                **COLEMAN & GOGGIN, P.C.**

Dated: March 17, 2015      By:  */s/ Matthew B. Johnson*
                                        Matthew B. Johnson (MJ 1622)
                                        Wall Street Plaza
                                        88 Pine Street, 21st Floor
                                        New York, NY 10005-1811
                                        (212) 376-6400
                                        mbjohnson@mdwcg.com
                                        Attorney for Defendant Portfolio Recovery Associates LLC

cc:    Jarret R. Jenkins
       Pro Se Plaintiff
       334 Locust Street, Apt. 1
       West Hempstead, NY 11552