### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JARRETT R. JENKINS,**<br><br>                    Plaintiff,<br><br>       -against-<br><br>**PORTFOLIO RECOVERY ASSOCIATES LLC,**<br><br>                    Defendant. | CASE No.: 2:15-cv-01361-SJF-AKT<br><br>ANSWER TO COMPLAINT |

### ANSWER TO COMPLAINT

AND NOW comes Defendant Portfolio Recovery Associates, LLC ("PRA"), by and through its undersigned counsel, who respectfully submits this Answer to Plaintiff's Complaint.

Plaintiff's Complaint generally alleges that PRA violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* ("TCPA").  PRA denies this allegation as a conclusion of law to which no response is required.  PRA specifically denies violating the TCPA, and demands strict proof.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief as is just and appropriate.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to plead claims against PRA for which relief might be granted.

### SECOND AFFIRMATIVE DEFENSE

Even if PRA violated the TCPA (which it did not), Plaintiff incurred no actual damages as a result of PRA's alleged conduct.

### THIRD AFFIRMATIVE DEFENSE

At no time did PRA's conduct with respect to Plaintiff violate the TCPA. Thus, Plaintiff's claim against PRA should be dismissed or withdrawn.

### FOURTH AFFIRMATIVE DEFENSE

At no point did PRA engage in any conduct which might reasonably be construed as a willful or intentional violation of the TCPA. Thus, to the extent Plaintiff is entitled to damages under the TCPA (which he is not), such damages are limited to $500.00 per call.

### FIFTH AFFIRMATIVE DEFENSE

PRA is not a telemarketer, and the TCPA does not apply to debt collectors. The FCC has made clear that "debt collection calls are exempt from the TCPA's prohibitions against prerecorded message calls because they are commercial calls which do not convey an unsolicited advertisement and do not adversely affect residential subscriber rights." 7 FCC Rcd. 8752, 8771-8772 (1992). Thus, Plaintiff's claim against PRA should be dismissed or withdrawn.

**WHEREFORE**, Defendant Portfolio Recovery Associates, LLC respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief as is just and appropriate.

Respectfully submitted,

                **MARSHALL, DENNEHEY, WARNER,**
                **COLEMAN & GOGGIN, P.C.**

Dated: March 25, 2015      By:  */s/ Matthew B. Johnson*
                                       Matthew B. Johnson (MJ 1622)
                                       Wall Street Plaza
                                       88 Pine Street, 21st Floor
                                       New York, NY 10005-1811
                                       (212) 376-6400
                                       mbjohnson@mdwcg.com
                                       Attorney for Defendant Portfolio Recovery Associates LLC

cc via Email and US Mail:

    Jarrett R. Jenkins
    Pro Se Plaintiff
    334 Locust Street, Apt. 1
    West Hempstead, NY 11552